Perry Clark
Cal. Bar No. 197101
Law Offices of Perry R. Clark
825 San Antonio Road, Suite 201
Palo Alto, CA 94303
Tel.: (650) 248-5817
perry@perryclarklaw.com

*Counsel for Defendant Derek R. Parsons*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| COMPOSITE RESOURCES, INC., | Case No. 2:21-cv-02352-KJM-DMC |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND RESPONSE DEADLINE ON PLAINTIFF'S MOTION TO AMEND JUDGMENT (DOC. 27)** |
| v. | |
| DEREK R. PARSONS, | |
| Defendant. | DATE: December 9, 2022<br>TIME: 10:00 a.m.<br>CTRM: 3, 15th Floor |

Having considered Defendant Parsons' unopposed motion pursuant to L.R. 233 for an order extending its deadline to respond to Plaintiff Composite's motion to amend the judgment, ECF No. 27, the Court **GRANTS** the motion. Defendant Parsons' deadline to respond to the motion is **extended up to and including November 9, 2022**.

DATED: October 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order on Motion for Admi. Relief