# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**COMPOSITE RESOURCES, INC.,**

CASE NO: **2:21–CV–02352–KJM–DMC**

v.

**DEREK R. PARSONS,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/12/22**

**Keith Holland**
Clerk of Court

ENTERED:  **February 13, 2023**

by: /s/ A. Benson
Deputy Clerk